ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

C. H. Robinson Company,
Petitioner/Appellant

**SUPERSEDEAS BOND**

vs.

Jasco, LLC,
Respondent/Appellee,

Court File No. 01-1306 DWF/SRN

and

Koam Produce, Inc.
Respondent/Appellee.

KNOW ALL BY THESE PRESENTS, in consideration of the premium paid and the underwriting conditions agreed to, That C.H. Robinson Company, as Principal and EMPIRE FIRE & MARINE INSURANCE COMPANY of Omaha, Nebraska, as Surety, are held and firmly bound unto Jasco, LLC and Koam Produce, Inc. in the sum of ($25,000.00) #Twenty-five thousand and No/100's Dollars, lawful money of the United States, to be paid unto the said Jasco, LLC and Koam Produce, Inc., their heirs, legal representatives or assigns, for which payment well and truly to be made, we bind ourselves, our heirs, legal representatives, and assigns, firmly by these presents.

That the undersigned will at all times indemnify the Surety and save it harmless from and against any and all claims, demands, judgments, liabilities, loss, damage, or expense of every kind and nature including court costs and attorneys fees, which it shall sustain or incur in consequence of it having executed said bond.

Signed and Sealed by us this 18th day of July 2001.

The condition of this obligation is such that, whereas the said C.H. Robinson Company appeals to the United States Court of Appeals for the Eighth Circuit from a reparation order of the Secretary of Agriculture issued on June 20, 2001.

NOW THEREFORE, If said C.H. Robinson Company shall pay all costs and charges which may be awarded against it on said appeal; and shall pay the damages sustained by the Jasco, LLC and Koam Produce, Inc. in consequence of the appeal, and the obedience to and satisfaction of the order of judgment which the court may give if the order or any part of it is affirmed or if the appeal is dismissed, this obligation shall become void; otherwise to be and remain in full force and effect.

FILED JUL 25 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

In Presence of:

C.H. Robinson Company

Pamela K Bostic
Witness

BY: Ben G. Campbell
Ben G. Campbell, Its Attorney

EMPIRE FIRE & MARINE INSURANCE COMPANY

Laurie A. McKay
Witness

BY: Matthew W. Davies
Matthew W. Davies, Attorney-In-Fact

Approved this 25th day of July, 2001.

Judge

THE PATRICK J. THOMAS AGENCY, Minneapolis and St. Paul, Minnesota.

## ACKNOWLEDGMENT OF PRINCIPAL(S)

STATE OF MINNESOTA)
ss.)
COUNTY OF Hennepin )

BE IT KNOWN, that on the 19th day of July, 2001, personally appeared before me, Ben G. Campbell to me well known to be the person who executed the foregoing bond, and has acknowledged the same to be his own free act and deed, and that he executed the same for the uses and purposes therein expressed.

Pamela K Bostic
Notary Public

PAMELA K. BOSTIC
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

## ACKNOWLEDGMENT OF SURETY

STATE OF MINNESOTA )
ss.)
COUNTY OF HENNEPIN )

On this 18th day of July, 2001, before me personally appeared Matthew W. Davies to me personally known, who being sworn did say the he is the Attorney-In-Fact of the EMPIRE FIRE & MARINE INSURANCE COMPANY, that the seal affixed to the foregoing instrument is the corporate seal of that corporation, and that said instrument was executed on behalf of the corporation by authority of its Board of Directors; he has acknowledged said instrument to be the free act and deed of said corporation.

LAURIE A. McKAY
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005

Laurie A. McKay
Notary Public, Laurie A. McKay

**EMPIRE FIRE AND MARINE INSURANCE COMPANY**
OMAHA, NEBRASKA
**POWER OF ATTORNEY**

## Know All Men by These Presents:

That this Power of Attorney is not valid or in effect unless attached to the bond which it authorizes executed, but may be detached by the approving officer if desired.

That EMPIRE FIRE AND MARINE INSURANCE COMPANY, a corporation duly organized under the laws of the State of Nebraska, and having its principal office in the City of Omaha, County of Douglas, State of Nebraska, does hereby make, constitute and appoint Richard H. Davies, Bruce A. Myers, Nicholas L. Newton, Carolyn L. Davies, Matthew W. Davies and Pamela M. Driesch its true and lawful Attorney(s)-in-fact, to make, execute, sign, seal and deliver for and on its behalf as surety and as its act and deed any and all bonds and undertakings of suretyship.

**NOT EXCEEDING IN AMOUNT**

Seven Hundred and Fifty Thousand and No/100------------------------------------------------------------------ Dollars ($ 750,000. ) and to bind EMPIRE FIRE AND MARINE INSURANCE COMPANY thereby as fully and to the same extent as if such bonds and undertakings and other writings obligatory in the nature thereof were signed by an Executive Officer of EMPIRE FIRE AND MARINE INSURANCE COMPANY and sealed and attested to by one other of such officers, and hereby ratifies and confirms all that its said Attorney(s)-in-fact may do in pursuance hereof.

This power of attorney is granted under and by authority of Article III, Section 3.1 of the By-Laws of the EMPIRE FIRE AND MARINE INSURANCE COMPANY and by Resolution of the Board of Directors duly adopted as follows:

"All bonds, policies, undertakings or other obligations of the corporation shall be executed in the corporate name of the Company by the Chairman of the Board, President, any Vice-President, Secretary, any Assistant Secretary, or Treasurer, or by such other officers as the Board of Directors may authorize. The Chairman of the Board, President, any Vice-President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys in Fact or Agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings or other obligations of the corporation."

It is certified that the above is a true and exact copy.

In Witness Whereof, the EMPIRE FIRE AND MARINE INSURANCE COMPANY has caused these presents to be signed by its President, and its corporate seal to be hereto affixed, duly attested by its Secretary this 19th day of June , 2000.

Attest: EMPIRE FIRE AND MARINE INSURANCE COMPANY

John Kinsler Secretary John J McCarthy President

STATE OF NEBRASKA )
) ss.
COUNTY OF DOUGLAS)

On this 19th day of June , A.D. 2000, before me personally came John Kinsler to me known, who being by me duly sworn, did depose and say: that he resides in the County of Douglas, State of Nebraska; that he is the Secretary of the EMPIRE FIRE AND MARINE INSURANCE COMPANY, the corporation described in and which executed the above instrument; that he knows the seal of said corporation; that the seal affixed to the said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation and that he signed his name thereto by like order.

Signed and sealed at the City of Omaha. Dated 19th day of June , 2000.

GENERAL NOTARY-State of Nebraska
CAROL L. WHITE
My Comm. Exp. Jan. 2, 2003

Carol L White
Notary Public

**CERTIFICATE**

I, the undersigned, Secretary of the EMPIRE FIRE AND MARINE INSURANCE COMPANY, A Nebraska Corporation DO HEREBY CERTIFY that the foregoing and attached POWER OF ATTORNEY remains in full force and has not been revoked; and furthermore, that the Resolutions of the Board of Directors set forth in the Power of Attorney are now in force.

Signed and sealed at the City of Omaha. Dated the 18th day of July , 2001

John Kinsler Secretary

EM 40 10 (06-00)

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500